IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAY JONES
ADC #157758                                                                 PLAINTIFF

v.                          No. 3:25-cv-143-DPM-ERE

BLAKE R. GILL, Hoe Squad Sergeant,                          DEFENDANT
Grimes Unit

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 6*, and overrules Jones's objections, *Doc. 8*. Fed. R. Civ. P. 72(b)(3). The Court reviewed the supplement, *Doc. 7*, to Jones's complaint. As supplemented, Jones still hasn't pleaded enough facts to state a plausible, stand-alone claim based on Sergeant Gill's alleged verbal harassment. That claim is therefore dismissed without prejudice. Jones's Eighth Amendment and First Amendment claims against Sergeant Gill go forward.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 August 2025