IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAY JONES
ADC #157758                                                      PLAINTIFF

v.                          No. 3:25-cv-143-DPM

BLAKE R. GILL, Hoe Squad Sergeant,
Grimes Unit                                                      DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 23*.   Fed. R. Civ. P. 72(b)(3).   Jones's response, *Doc. 24*, to the motion for summary judgement is dated 24 December 2025.   Assuming it was mailed that day, it was timely filed.   *Doc. 22*. It arrived after the recommendation was filed.   The Court therefore treats the response as Jones's objections to the recommendation and overrules them.   The attached documents show that Jones didn't fully exhaust his administrative remedies before filing his complaint.

Sergeant Gill's motion for summary judgment, *Doc. 19*, is granted. Jones's complaint will be dismissed without prejudice.

-2-

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

10 February 2026