# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAY JONES
ADC #157758                                                    PLAINTIFF

v.                          No. 3:25-cv-143-DPM

BLAKE R. GILL, Hoe Squad Sergeant,
Grimes Unit                                                    DEFENDANT

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
10 February 2026